ADR Form 1 (12/2011)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

In Re:

Taryn Alisa Walcott,

    Debtor(s).

Case Number: 22-11768-CMA

**Adversary Case Number: 23-01024-CMA**

Taryn Alisa Walcott,

    Plaintiff(s),

v.

Navient Solutions,

    Defendant(s).

## MEDIATION CERTIFICATION

Pursuant to Local Bankruptcy Rule 9040-3, each of the undersigned certifies that he or she has read the Honorable Thomas T. Glover Mediation Program Instructions for Parties, discussed the available dispute resolution options provided by the Court, reviewed dispute resolution options offered by private entities, and considered whether this matter might benefit any of them.

Dated: 5/4/2023

Signature of Plaintiff/Cross Plaintiff
Printed Name: TARYN WALCOTT

Dated: 5/5/23

Signature of Counsel for Plaintiff/Cross Plaintiff
Printed Name: LaHR Neu WSBA #33144

Dated: _____

Signature of Defendant/Cross Defendant
Printed Name: _____

Dated: _____

Signature of Counsel for Defendant/Cross Defendant
Printed Name: _____

***NOTE:*** *This Certification shall be served by the plaintiff on all defendants and must be signed by each party and its counsel. If there is more than one plaintiff, the plaintiff listed first in the caption of the adversary proceeding shall also serve this Certification on all other plaintiffs. If there are additional parties (e.g., additional plaintiffs, defendants, cross plaintiffs, or cross defendants), additional sheets should be filed.*

*The completed Certification must be filed with the court electronically or by mailing a paper copy to the Clerk of the Bankruptcy Court, 700 Stewart St., Room 6301, Seattle, WA 98101.*